# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROBERT L. SLOANE, § § § **Plaintiff,** § § **v.** § § COMMISSIONER, SOCIAL SECURITY § ADMINISTRATION, § § § **Defendant.** | CIVIL ACTION NO. 6:17-CV-00368-RC |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On January 3, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 19), recommending that the ALJ's decision be affirmed and that this action be dismissed with prejudice. No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 19) as the findings of this Court.

Accordingly, it is hereby **ORDERED** that all objections are **OVERRULED** and that the ALJ's decision be **AFFIRMED** and that this action be **DISMISSED WITH PREJUDICE**.

**So Ordered and Signed**
**Feb 18, 2019**

_____
Ron Clark, Senior District Judge

1